Court Name: District Court
Division: 400
Receipt Number: 400000666
Cashier ID: mhupp
Transaction Date: 09/14/2007
Payer Name: ELMER WOODARD

---

CIVIL FILING FEE
For: ELMER WOODARD
Case/Party: D-VAW-4-07-CV-000038-001
Amount: $350.00

---

CHECK
Check/Money Order Num: 2876
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

BURTT V FORD MOTOR COMPANY ET AL

4:07CV00038
CIVIL FILING FEE