In the United States District Court
Western District of Virginia
Danville Division

Anthony Burtt,
Plaintiff,

v. Civil Action No. 4:07cv00038

Ford Motor Company, et al.
Defendants.

# *Motion for Partial Summary Judgment against Barkhouser Motors*

Plaintiff Anthony Burtt, by counsel, and pursuant to Fed. R. Civ. P. 56, move the Court to enter an Order granting Summary Judgment in their favor regarding Barkhouser Motors' liability for actual and statutory damages under the Virginia Consumer Protection Act, based upon the reasons set forth in their Memorandum in support thereof, soon to be filed.

Anthony Burtt

Elmer Woodard
Attorney at Law, P.C.
VSB 27734
105 S. Union St. Ste. 600
Danville, Va. 24541
434-793-0400
isuecrooks@verizon.net

CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the State of Virginia, does hereby certify that a copy of the foregoing was duly served upon the opposing counsel this date as follows:

_______ By personally hand delivering a copy the same to him or to one of his employees at his office;

_______ By fax transmission;

XXX By electronic mail;

_______ By depositing a copy of same in the United States Mail, postage prepaid, and addressed as follows:

ADDRESSEE:

Ted Hodges
Clement & Wheatley
P.O. Box 8200
Danville VA
24541

Mike Doherty
WootenHart PLC
707 South Jefferson St.
Suite 300
Roanoke, Va. 24016

This Wednesday, October 17, 2007.