IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ANTHONY BURTT, ) | |
| ) | Case No. 4:07CV00038 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FORD MOTOR COMPANY, et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

The case before me has been filed in this Court pursuant to the private cause of action under the Magnuson-Moss Warranty Act (MMWA), 15 U.S.C. § 2310 (2007). As detailed in the accompanying Memorandum, this Court does not have subject-matter jurisdiction over this action. Therefore, this case is hereby DISMISSED.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter from the Court's docket.

Entered this 11th day of February, 2008.

s/Jackson L. Kiser<br>
Senior United States District Judge

1